### NAHE v. BAUER et al.

(Supreme Court, Appellate Division, Second Department. November 18, 1910.)

Appeal from Special Term, Queens County.

Action by Bertha E. Nahe, individually and as administratrix, etc., of Louise E. Nahe, deceased, against Henry J. Bauer and others. From the judgment, plaintiff appeals. Reversed, and new trial granted.

See, also, 133 App. Div. 931, 117 N. Y. Supp. 637.

Argued before WOODWARD, JENKS, THOMAS, RICH, and CARR, JJ.

PER CURIAM. Judgment reversed, and new trial granted, costs to abide the final award of costs, on the authority of Nahe v. Bauer (decided herewith) 125 N. Y. Supp. 592.

JENKS, J., dissents.